# Court of Appeals
# of the State of Georgia

ATLANTA, December 03, 2013

*The Court of Appeals hereby passes the following order*

**A14I0060. ORMOND LAND PARTNERS, LLC, f/k/a MIRROR LAKE, LLC et al. v. COMMUNITY & SOUTHERN BANK, AS SUCCESSOR IN INTEREST TO FIRST NATIONAL BANK OF GEORGIA .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13CV02598



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 03, 2013.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*